UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS PREJEAN, ET AL., | ] | CASE NO. 12-1045 |
| | ] | c/w 12-1716, 12-1533 |
| *Plaintiffs*, | ] | |
| | ] | SECTION "J"(2) |
| v. | ] | |
| | ] | |
| O'BRIEN'S RESPONSE MANAGEMENT, | ] | |
| INC., | ] | |
| | ] | |
| *Defendant*. | ] | |
| | ] | This document applies to No. 12-1716 |

## ORDER APPROVING SETTLEMENT AND FEES AND DISMISSING CASE NO. 12-1716

The Court has considered the Parties'[1] joint motion for approval of their settlement (the "Motion") of *Singleton v. O'Brien's Response Management, Inc. and Vision One LLC*, No. 2:12-cv-1716, ("*Singleton*"). The Court finds that the Parties' settlement, including the expiration of the tolling period relating to claims alleged in *Singleton,* and the requested attorneys' fees and litigation expenses, is fair and reasonable. *Singleton* is hereby **dismissed with prejudice** and in its entirety, and that, in accordance with the dismissal, the tolling order entered by the Court with respect to *Singleton* in *In re Oil Spill*, MDL No. 2179 (E.D. La.) (Dkt 7617) hereby expires.

New Orleans, Louisiana this 11th day of April, 2014.

_____
Carl J. Barbier
United States District Judge

---

[1] Terms used herein are defined as provided in the Parties' Joint Motion to Approve Settlement Agreement and Dismiss Case.

NOTE TO CLERK: PLEASE FILE IN 12-1045 **AND** 12-1716.