UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS PREJEAN, et al.,<br><br>*Plaintiff*,<br><br>v.<br><br>O'BRIEN'S RESPONSE MANAGEMENT, INC.,<br><br>*Defendant*. | CASE NO.:   2:12-cv-1045-CJB-JCW<br>          c/w 12-1716, 12-1533<br><br>JUDGE: BARBIER<br><br>MAGISTRATE: WILKINSON<br><br>SECTION: "J"(2)<br><br>THIS APPLIES TO ACTION NO. 12-1533 |

**ORDER APPROVING SETTLEMENT AND FEES AND
DISMISSING THE CASE**

The Court has considered the joint motion for approval of their settlement (Doc. 113) filed by Plaintiffs and Defendants (the "Parties") in this Fair Labor Standards Act case, *Himmerite v. O'Brien's Response Management, Inc.*, Civil Action No. 2:12-cv-1533 (the "Lawsuit"), which was consolidated with No. 12-cv-1045 and 12-cv-1716.  The Court finds that the Parties' settlement, including the expiration of the tolling period relating to claims alleged in this Lawsuit and the requested attorneys' fees and litigation expenses, is fair and reasonable. This case is hereby **dismissed with prejudice** and in its entirety, and that, in accordance with the dismissal, the tolling order entered by the Court on October 10, 2012 with respect to this Lawsuit in *In re Oil Spill*, MDL No. 2179, Master File No. 2:10-md-02179-CJB-SS (E.D. La.) (ECF No. 7617) hereby expires.

New Orleans, Louisiana this 25th day of March, 2015.

_____
United States District Judge

**NOTE TO CLERK: FILE IN  12-1045 AND 12-1533.**